IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-21-73 |
| WAVERLY LEON REEVES, | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **MEMORANDUM ORDER**

Before this Court is the Defendant Waverly Leon Reeves's Motion for Compassionate Release (ECF No. 111), which was filed on November 13, 2023, as well as a related motion seeking appointment of counsel (ECF No. 113). Reeves has been released pursuant to an Executive Grant of Clemency and is not in the custody of Federal Bureau of Prisons. (ECF No. 119); *see also Find an Inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/# (search by register number 38080-509).

Accordingly, the Court can no longer grant Defendant's requested relief, early release from prison. "Simply stated, a case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

The Fourth Circuit Court of Appeals has determined that requests for compassionate release under § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 U.S. App. LEXIS 31869, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, 2023 WL 4758733, at *1

(4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there is no longer a live controversy regarding the orders denying his motions for compassionate release and for reconsideration.").

As the Court now lacks subject matter jurisdiction to hear this matter, Defendant Waverly Leon Reeves's Motion for Compassionate Release (ECF No. 111) and the related motion seeking appointment of counsel (ECF No. 113) are both DENIED AS MOOT.  It is SO ORDERED this 10th day of July, 2025.

                                                /s/
                                            Richard D. Bennett
                                            United States Senior District Judge